**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1550**

In re: ANDREW TIMOTHY JONES,

        Petitioner.

On Petition for Writ of Mandamus.
(3:03-cr-00055-FDW-DCK-1; 3:07-cv-00373-FDW)

Submitted: November 12, 2019            Decided: December 11, 2019

Before MOTZ and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Andrew Timothy Jones, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andrew Timothy Jones petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his Fed. R. Civ. P. 60(b) motion, seeking reconsideration of the denial of his 28 U.S.C. § 2255 (2012) motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that, on October 17, 2019, the district court denied Jones' motion. Accordingly, because the district court has recently decided Jones' case, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

2